FILED

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

2016 FEB 16 PM 2:

Ezra T. Tessema
Petitioner

v.

US Department of the Navy, Veterans Administration Department of Mental Health
Respondent
*(name of warden or authorized person having custody of petitioner)*

Case No. 8:16 cv 359 T 33 MAP
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Ezra Tarekgn Tessema
   (b) Other names you have used: Izra Tesema Gebre
2. Place of confinement:
   (a) Name of institution: Outpatient Involuntary Commitment _Veterans Mental Health Administration
   (b) Address: 13510 Avalon Heights Blvd. Apt. F 502B
   Tampa FL 33613
   (c) Your identification number:
3. Are you currently being held on orders by:
   ☐ Federal authorities ☐ State authorities ☑ Other - explain:
   I am under an Electro-Convulsive (ECT) therapy as an outpatient without my consent by Veterans Health Admin
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: N/A
   (b) Docket number of criminal case:
   (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☑ Other *(explain)*: I have also been barred from joining the military as a result of my birth place ( Cuba) categorized as a hostile nation.



IFP

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☑ Other *(explain)*: Psychiatric Torture, the exemption that is placed on me from joining the military in officer's program by the US Navy citing my national origin (Ethiopia) and place of birth (Cuba) as a hostile nations which I contend as an employment discrimination as I haven't exhibited any hostility to this nation.

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: Veterans Mental Health Administration in DC-VA-CO-OH-FL Currently administering ECT without my consent virtually in any where I go.

(b) Docket number, case number, or opinion number: ______

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

1. A provisional psychiatric mis-diagnosis by the VHA from DSM-V as a Chronic Schizophrenia

2. The inhumane ECT treatment that I am currently undergoing

3. To lift the ban and to clear a blacklisted from my record and open the way for an equal opportunity.

(d) Date of the decision or action: 06/04/2013

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: I have sent an e-mail to the Secretary of the Department of the Veterans affairs based on my limited assessment of the problem at the time.

(2) Date of filing: ______

(3) Docket number, case number, or opinion number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: I have claimed as being clinically targeted by the VA mental health department and that I am subjected for an electroshock as well as induced trauma. The secretary of the VA administration sent my complain to patient's advocate.

(b) If you answered "No," explain why you did not appeal:

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☑ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Department of Justice Civil Rights Division in Washington DC

(2) Date of filing: 12/08/2015

(3) Docket number, case number, or opinion number: N/A

(4) Result: N/A

(5) Date of result:

(6) Issues raised: A petition for a genuine investigation

To be freed from the dehumanizing nature of the Electro-Convulsive (ECT) treatment based on the soundness of my judgment to differentiate what works best for my current mental status.

The right for due court process to represent, speak and advocate on my behalf

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: N/A

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised: N/A

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☑ Yes ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☑ No

If "Yes," provide:

(1) Name of court: N/A

(2) Case number: N/A

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☑ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody:

(b) Date of the removal or reinstatement order:

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Date of filing:

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☑ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: ______

(b) Name of the authority, agency, or court: ______

(c) Date of filing: ______

(d) Docket number, case number, or opinion number: ______

(e) Result: ______

(f) Date of result: ______

(g) Issues raised: ______

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** The VA Mental Health effectively deprives my constitutional right in determining the course of treatment as I am deemed to be mentally incapacitated. The VA Health Department was completely oblivious to my concern and I have already been treated as a mental case by actively being traumatized and recruited for a prospective mental health patient via different techniques: tapping of the ceiling 24/7 in the entire night,

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

- A physical injury of my head though I cannot confirm it from an independent physician due to my indigent status

I have also mentioned to my case manager of the Colorado Coalition for the Homeless and the VA liaison in regard to the Transition House issue that I were living; I was automatically told that " I am hearing voices" hence I should seek a mental health intervention in order to "appease" the VA.

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes ☑ No

**GROUND TWO:** While I was under the VA funded Grant Per Diem program, I was also undergoing what is is called assertive/behavioral modification treatment without my consent. I was also misled by the Colorado Coalition for the Homeless to leave the job I held as a baggage handler in Denver International Airport with the false hope that I would get a better employment.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

1.I have the GDP agreement paper which identifies as being employed.

2. I was also told to leave my job entirely in order to be qualified for the GDP program and focus a full time job search as well as get referrals to different hiring events.

3. The program has been used as a retaliatory torture ground as my military record shows that I was in fact a blacklisted veteran. This can be noticed on my enlistment military personnel paper on section 35 (VI) remarked as: "PER PHONCON BETWEEN CHIEF HODGES, CNRC AND MICHAEL GILMORE, NRPS BALTIMORE THIS DATE, CNRC EXCEPTION TO POLICY APPROVED FOR HOSTILE COUNTRY DETERMINATION [#5806]"

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes ☑ No

**GROUND THREE:** As a result of the psychiatric mis-diagnosis I have lost any potential employment nor have I allowed to pursue a graduate program as I am deemed mentally incapacitated individual who is wasting taxpayers money.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Loss of income, 0 bank account with a debt over 60K; waste of post 9/11 GI bill fund. Even in the middle of this inhumane torture I took GRE exam and passed it while I was in Colorado in order to pursue a graduate program; however by the time I went to Case Western Reserve University (CWRU) to pursue a medical physiology post baccalaureate program I wasn't only being traumatized by no touch torture, sleep deprivation but also I was receiving an electro-convulsive (ECT) shock targeting my brain, heart, stomach and limbs 24/7 that eventually forced me to withdraw from the class and incur an additional debt of ~7K.

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes ☑ No

**GROUND FOUR:** The nature of this torturous treatment has inflicted a bodily pain and emotional damage.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I have a strained social as well as family relationships as a result of my diagnosis which made people to shy away from me, mostly because they don't want to be associated because of the stigma.

I have also been an object of ridicule and treated in a predictable and presumptuous manner even long before the diagnosis, as the case has been continuously constructed in pre-diagnosis as well post-diagnosis phase in order to cripple me physically and substantiate the disorder not only from the perspective of a discriminatory employment based opinion but also with the physical attribute in order to continually commit me in an inpatient facility by justifying for the court that I am incapable of self care and physically impaired.

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes ☑ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I have also attached additional written document that reflects the grounds and the intent of the petition extensively.

**Request for Relief**

15. State exactly what you want the court to do: I request a relief from the unjust electro-convulsive (ECT) treatment that is imposed on me by the Veteran Health Administration and from any future retaliatory inpatient psychiatric commitment as a result of this investigation and review for an unjust authorized procedural abuse of my claim of being a blacklisted veteran and a whistle blower protection as I am currently a victim of gang stalking.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

N/A

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 02/16/2016

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

Date: Feb.16, 1982

Ezra Tessema
Occupation: Unemployed/Current Student at USF
13510 Avalon Heights Blvd Apt. 502B
Tampa FL 33613

To: United States District Court
Middle District of FL

Subject: Petition for Termination of Involuntary Outpatient Electro-Convulsive Therapy (ECT)

**Background of the Issue for This Petition:**

The issue has started soon after graduating from University of South Florida in Biomedical Sciences as of Aug. 14, 2013. I moved to Washington DC in order to pursue a graduate program with the goal to find some kind of employment either on campus or off campus. However, the plan hasn't materialized as once I was targeted as a blacklisted veteran to be recruited for a mental health institution by using different techniques ranging from job mob, active act of traumatization to gang stalking and bullying.

The supporting claim for being a blacklisted veteran is as follows:

1.Per my request to the navy military personnel record under the freedom of information act (FOIA), my official military record section 35(VI) remarks made as of Aug. 13, 2006 states: "PER PHONCON BETWEEN CHIEF HODGES, CNRC AND MICHAEL GILMORE, NRPS BALTIMORE THIS DATE, CNRC EXCEPTION TO POLICY APPROVED FOR HOSTILE COUNTRY DETERMINATION NUMBER 5806." Signed by Michael Gilmore EPDS, by DIR CO. Furthermore, the actual tented black dot marks prove of such list as a blacklisted veteran.

The only plausible justification that I can speculate ( as I haven't told or formally receive any kind of complaint or a lawsuit), once I have been approached by MMC (SW/AW) Tom Miller to reenlist or extend the term that I have already signed for and I declined to do so at the time because of the following reasons:

1a.I always had in mind of getting an education in a higher institution and be able to serve back again within specialized field of training either in research capacity or hospital as a physician after completing my initial term under national call reservist program.

2a.The rate I have assigned when I was enlisted in the military was something of a limited choice my first choice was a cryptologist but since at the time I was a non-citizen I have given between two choices either be a Boatswain mate or machinist mate where I chose the latter one as I thought it would only be for a limited time per the contract I signed in.

3a. I was confident of the legality of my decline as I was aware of the fact that there is no conscription in the United States of America nor the contract

mentions or states a re-enlistment or extension of the active duty as a prerequisite to the enlistee.

Indeed, based on this grounds psychiatry has been used in order to disguise the electromagnetic torture that I had to sustain for over 8 months until the present day under the "exception policy for hostile country determination" when in fact I have nothing but a respect for this great nation that opened its doors to me nor have I shown or expressed any threat that would raise flags to a national security besides exercising the constitutional rights that this country extends to every "person" who resides in this land.

I moved to Colorado in the hope of finding a fresh start and an employment opportunity as I was at the time not sure of either it were just a coincidence or that I have been targeted in some way. I have started working as a baggage handler in Denver International Airport at 8.23/ hour with over 46K student debt at the time.

After looking my very limited options and job prospect, I sought for a job assistance to the local VA Community Outreach Office and I was referred to get into a program called Grant Per Diem (a VA funded program that runs by the Colorado Coalition for the Homeless). I was also promised that I would be able to find a better job since there were many different veterans' resources that link and make referrals with potential employers.

Despite my best effort in an aggressive search for a better employment to pay my debt as well as be a self-sufficient productive part of the society by advancing the career path that I've already charted since May, 2008, I faced the sad truth that I was in fact a subject for the programs' "behavioral modification/ assertive treatment" that effectively deprived any constitutional rights ranging from personal privacy to disable me physically and mentally from any kind of career track that would have led me to be functionally independent.

I have been periodically disturbed while I fall asleep by different people tapping the top floor to deafen my hearing abilities as well as to deprive me from any sleep as part of the program's regimen in addition to the pervasive thermal camera monitoring throughout my entire stay in the premise.

Indeed, the code of psychiatric ethics has been continuously violated when it comes to my "clinical treatment" I was also a subject to be emotionally manipulated while I am asleep using a provocative sexual moaning in the entire night from the top floor of the apartment that was used for this kind of disguised psychiatric abuse.

For the record, the comment made by the psychiatrist on my medical history that was available on the e-portal further validates my claim in the following sections:

a. It doesn't state the nature of the ECT treatment that I am undergoing as an outpatient without physically being present in the hospital as it happens right in the communities apartment, public areas such as libraries and institutional campuses (Even though I understand that the Psychiatrist can reserve the right releasing certain information which can potentially risk the health of the patient) no one has ever explained or

mentioned about the treatment as it was meant to fuel paranoia and I haven't had exhibited such behavior despite the abuse I was sustaining.

b. The snippet line taken from my conversation by the psychiatrist officials who made the assessment and entered the data has presented some of their own opinion as mine and misconstrued my explanations to fit the bias narrative of the schizophrenia symptoms. For instance, "Veteran had paranoid ideation concerning his neighbor and that these symptoms has been going on for several years" Vincent Modica, LCSW.

This is clearly an exaggeration at the very least as I did mention to the VA liaison per his persistent request about my living situation in Washington DC, and the residential issue that had started in previous basement rent house; however it was in Aug. 24, 2013 and I got into a Colorado GPD program as of Feb.19, 2015. The clinical target regimen has started roughly in mid-September of the same year that is about (one year and six month period) that wouldn't be considered as "several years" of "hearing noises." For instance, I have lived in FL from Feb.2008-Aug.2013 without any problem of "hearing voices" as the clinical psychologist has stated.

Another Example from the remark: "attempted to contact veteran concerning this move without success" Vincent A Modica, LCSW another statement to paint me as some kind of fugitive who is trying to escape because of a paranoia or an attempt to fled the country. The fact and the matter is I am trying to avoid further psychiatric torture by the VA mental health hospital without success and I've also explained to him as well as the case manager about my out of state move in addition to the voicemail I left to him.

"... denies mental health issues and stated this writer 'blackmailing' him."- Vincent A Modica. I haven't "denied" anything because in my understanding "denying something" is a refusal of acknowledgment that has already been present; in my case, that never been the case to begin with; however, I did say that the label was an act of a "blackmail" while I haven't directly referred to him as he verbally stated to me that the psychiatrist who made my mental health evaluation was the one who made the prognosis. This pattern is consistent with most of the evaluators who commented on my medical history as it goes the same with the following quote from Dr. Dianne H. McReynolds, "He denied the presence of all symptoms on the DSM-5 related level 1 cross-cutting symptom measure."

Additionally, the code "cross-cutting symptom measure" is the fact that I went to college and graduated with BS in Biomedical Sciences right after serving 2 years active and 2 years as a reserve, which is considered as I was cutting corners for which I am being tortured until now and deliberately discouraged from pursuing any advanced degree by the VA educational department and forced to spent almost three years doing nothing and being driven to be a homeless individual.

Consequently, bewildered by my experience in Colorado and the misdiagnosis that were given to me as a Chronic Schizophrenia patient on top of the lack of proper explanation and consent in regard to any treatment that has been prescribed to me nor the nature of the prognosis that led for an ECT treatment , I left for Ohio soon after I ventured to take a GRE exam in the middle of this psychiatric abuse in the hope that I may soon be able to get my postponed ambition of pursuing a graduate study and leave this inhumane torture behind.

I was accepted in the fall 2015 to Western Case Reserve University in Cleveland Ohio to pursue a master's program in medical physiology as a non-degree seeking student for the first semester with the goal to eventually apply to the program formally and use it as a bridge to close the gap into getting in the medical school.

However, as of Aug.14, 2015 there hasn't been just a consistent active traumatization but also a high voltage electric shock sent to my entire body especially on my head to induce a seizure for a psychosurgical intervention on my brain, on my heart to induce a cardiac arrest, electric shock sent to my stomach, genital area 24/7 until the present moment.

This is indeed consistent to Mr. Vincent Modica's plan for me in Ohio "Veterans to transfer to AVH when a bed comes open or rent community unit if he is able prior to moving [an] AVH." This is to institutionalize a healthy person via an induced seizure or heart failure and substantiate the chronic schizophrenia label not just on purely and a rather loosely discriminatory opinion based assessment but also to present it as a causal physical consequence to such hospitalization.

It is discriminatory in a sense blacks are disproportionately diagnosed about four times than Caucasians according to a data analysis made in 2005 in the mentally ill patients of the VA registry reported by the Washington Post under the section of "Mind and Culture: Psychiatric Diagnosis" (2005).

This claim is also consistent on how I was manipulated by a landlord who posted on craigslist as a regular landlord who work for a Cleveland Clinic as an x-ray specialist but the house is actually a disguised Payton's VA shelter house that is used to lure me and placed in a nearby Louis-Stokes VA hospital. At the time I was desperate to change from another apartment as I have been subjected to the same treatment regimen that I have explained earlier as well as the attached lease agreement that I signed from the landlord and the picture of the mail sent to previous tenant who resided in the house where I rented at the time following my move from the Lake Park Apartments in the eastern side of the Cleveland, OH and addressed as "Payton's VA shelter house" though the landlord hasn't mentioned about it.

In spite of my strong desire and will to stay in the Medical Physiology program courses that I was taking at CWRU I was coerced to withdraw from the program and incur an additional out of state student debt as well as to waste a post 9/11 GI bill fund (that I was entitled based on my service obligation for 60% of the tuition/housing allowance and the Department of Education of the VA was reluctant to allow me to use it and has denied me on the first time before I became persistent on demanding it). In effect, I have been misrepresented as someone who is wasting taxpayers' money for no good reason.

Even though the VA Educational department has sent me the notice of eligibility, the benefit has been withheld from authorizing any form of payment to my housing allowance nor for tuition payment here in Tampa, FL. Based on my current status this further exacerbated my housing situation where I am currently facing an eviction notice from the apartment manager as of today (2/15/2015).

The VA Health Department has been encouraging all along (in my case who is a victim of a discriminatory as well as a torture action) to apply for a disability benefit and discouraged to be a functionally independent employee who is able to contribute to the society without re-enforcing the stereotypical depiction of a homeless or mentally ill veteran. Unfortunately this tone and my attitude has been interpreted by the VA Psychiatrist as a "delusional thinking" and psychiatric torture has been used to deliberately disable me physically and mentally with an extended implication in academic even administrative discrimination. It can easily be noticed on my DD214 and the missing Persian Gulf Deployment history obsoleted from it and has been conveniently discounted. It is the antithesis from an agency that has been known to support veterans and help to back on their feet.

**Economic/Emotional Damage**

- I have lost a job as well as the opportunity to get an employment as the HIPPA has been consistently shared to potential employers partly because of the very nature of the job I am applying for as it has been in hospitals or research settings another side of the issue as a breach of confidentiality that would make a potential employer reluctant to hire someone with this kind of psychiatric disorder.

- I have lost time, incurred unbearable debt with interest for almost three years without any progress neither career wise nor any kind of employment besides the potential adverse effect on my health condition as a result of this traumatic torture and being driven to be a homeless.

- An emotional damage (pain and suffering): strained social interaction as a result of the psychiatric label from siblings to friends as well as the everyday struggle from being maltreated in public places like a mentally incapacitated patient to being denied to a service in an organized stalking in order to mimic the given label by prompting and altering the individual's perception to be hyper vigilant of his surroundings and construct a favorable argument for an induced psychiatric and medical disorder.

- Forced to sleep on the streets when the unbearable electric shock torture and an active commotion of noise by slamming the doors or by periodically honking cars next to my bedroom makes it impossible to sleep in any given night in an apartment.

- Waste of Taxpayers' money when it could have been used for a constructive purpose such as investing on the nation's mind and intellect who are seeking to either get back to serve in the military or civilian world according to their

qualifications or career path. For instance, one can note the scarcity of trained physicians in the medical field, when the nation faces approximately 90,000 physicians by 2025 (according to the Washington Post). It doesn't justify to invest for unwarranted and inhumane electroconvulsive treatment (ECT) with a potential debilitating effect to the subject that in the long run becomes a burden to the already crowded percentage of patient to physician population; despite the Nobel intentions of the VA hospital in promoting the wellness of the veterans' community and their compliance.

**Petition:**

As a result of the threat for my health of this psychiatric misdiagnosis and per Florida Statute 395.002 definition, section (8) that defines the "emergency medical condition" as a serious jeopardy to patient's health; as such my current situation falls under this category and I respectfully request this court:

A. To terminate the involuntary outpatient treatment as well as avert a potential inpatient commitment as a result of my homelessness and financial crisis and the possible retaliatory action against me due to the revelation of the specific personal experience in this petition.

B. To discharge any guardian advocate assigned by the VA Mental Health Hospital formally or informally without my consent and restore my constitutional rights to represent, act and give a consent on my own behalf.

C. A request to assign me to Competency Screening Test

D. A request for an independent private or court assigned Forensic Psychiatrist for a second opinion evaluation as well as medical examination

E. The right to advance directives privilege by this petitioner (Ezra Tessema) if there is a diagnosis that requires a specific kind of medication or treatment that would result from the aforementioned psycho-physical abuse.

F. The right for an attorney representation and consultation to represent my case in court hearing.

G. To grant my request of habeas corpus: the right to ask the court to review the cause and legality of the unjust legal right and the procedural authority abuse by the VA Mental Health Hospital in CO-DC-VA-OH-FL including the Colorado Coalition for the Homeless Organization and a clearance from the department of the US Navy from any discriminatory bar imposed on me from serving in officer's program as a result of coming from a "hostile national origin" as the choice of my national origin isn't by choice nor my place of birth as it is a given and a person should be examined on the content of their character as I haven't exhibited hostility toward this nation except being competitive and exercising my constitutional rights extended to any "person" residing in this land.

H. A request for whistleblower's protection as I also fear for my general physical and health safety as I have been targeted to virtually anywhere I move and there has been a blurred line between psychiatric torture with a physical harm and the judiciary responsibility both carried out at the same time by the VA mental health hospital without any court hearing or the chance given to present the side of my story by ostracizing , isolating and victimizing me with electric-shock and other no touch tortures techniques along with the verbal intimidation through a third person community vigilantes.

Very Respectfully,

Petitioner's Name: Ezra Tessema

Source:

Mind And Culture: Psychiatry's Missing Diagnosis. "*Racial Disparities Found in Pinpointing Mental Illness*" The Washington Post. < http://www.washingtonpost.com/wp-dyn/content/article/2005/06/27/AR2005062701496.html>. Accessed on 02/14/2016 at 4:30 pm.